

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00243-CR
_____

MISTY LAVERNA DALE MAYO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court No. 26,276

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Misty Laverna Dale Mayo entered an open plea of guilty to all fourteen charges spread across five cases tried together in Hunt County, Texas. The multiple counts included charges for injury to a child, indecency with a child by contact, sexual assault of a child, and aggravated sexual assault of a child.[1] The trial court accepted her plea, found her guilty on all counts, and ultimately sentenced her to various terms of confinement ranging from ten to fifty years each. After finding errors in the judgments regarding whether the sentences for the eight charges contained in the last two cases were to be served concurrently or consecutively, the trial court attempted to correct the errors by entering nunc pro tunc judgments with revised sentencing instructions.

---

[1]The five cases before us on appeal, all resolved by opinions issued today, are as follows:

| Appeal Case Number | Trial Case Number | Count: Offense | Sentence | Sentence Group |
|---|---|---|---|---|
| 06-11-00243-CR | 26,276 | Count 1: injury to a child | 10 years | |
| | | Count 2: injury to a child | 10 years | |
| 06-11-00244-CR | 26,277 | Count 1: injury to a child | 10 years | A |
| | | Count 2: injury to a child | 10 years | |
| 06-11-00245-CR | 26,278 | Count 1: aggravated sexual assault of a child | 50 years | |
| | | Count 2: aggravated sexual assault of a child | 50 years | |
| 06-11-00246-CR | 26,279 | Count 1: indecency with a child by contact | 20 years | |
| | | Count 2: indecency with a child by contact | 20 years | B |
| | | Count 3: aggravated sexual assault of a child | 50 years | |
| | | Count 4: aggravated sexual assault of a child | 50 years | |
| 06-11-00247-CR | 26,303 | Count 1: indecency with a child by contact | 20 years | |
| | | Count 2: sexual assault of a child | 50 years | C |
| | | Count 3: sexual assault of a child | 50 years | |
| | | Count 4: sexual assault of a child | 50 years | |

Here, Mayo appeals from her two convictions in trial court cause number 26,276. After reviewing the record and the briefs in this case, we find that Mayo failed to raise a point of error regarding these convictions.

Accordingly, we affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     June 4, 2012
Date Decided:       June 7, 2012

Do Not Publish